[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-10968
Non-Argument Calendar

_____

D.C. Docket No. 4:19-cr-00083-LGW-CLR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEVEN ANDREW ROSS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(October 15, 2020)

Before MARTIN, BRANCH and BLACK, Circuit Judges.

PER CURIAM:

John Edward Price, appointed counsel for Steven Andrew Ross in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ross's conviction and sentence are **AFFIRMED**.